PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| HASAN HASAN, | CASE NO. 2:22-CV-00580-KJM-KJN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL., | |
| Defendants. | |

    The Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose.

    This case concerns Plaintiff's asylum application, which he filed on September 1, 2016 with U.S. Citizenship and Immigration Services. USCIS recently interviewed Plaintiff on May 23, 2022. The undersigned counsel is working with USCIS to take further action in this matter, which is expected to render this lawsuit moot.

    The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is August 5, 2022. The parties further request that all other filing deadlines be similarly extended, and that the initial scheduling conference, currently scheduled for August 11, 2022, be vacated and reset.

Respectfully submitted,

Dated:  May 25, 2022

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ EVAN HU
EVAN HU
Counsel for Plaintiff

ORDER

The deadline for defendants to file a responsive pleading is August 5, 2022.

The initial scheduling conference is vacated and reset for September 8, 2022 at 2:30 PM.

It is so ordered.

DATED:  June 3, 2022.

CHIEF UNITED STATES DISTRICT JUDGE